**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| | § | |
| *versus* | § | Criminal No. 4:26–cr–00411 |
| | § | |
| | § | |
| Fernando Dimas, Luis Albert Ramos | § | |
| | § | |

# Notice of Reassignment

This case is reassigned to Judge Charles Eskridge.

Date: July 8, 2026

Nathan Ochsner, Clerk